UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Metropolitan Life Insurance
Company                                    Plaintiff,

        -against-

Sicoli and Massaro Inc. Pension
Trust                                      Defendant.
--------------------------------------------------------

Case No.  1:15-cv-07141-PGG

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Steven William Klutkowski

FILL IN ATTORNEY NAME

My SDNY Bar Number is: SK4667          My State Bar Number is 4410502

I am,

        [✓]     An attorney
        [ ]     A Government Agency attorney
        [ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Dewey & LeBoeuf, LLP
                FIRM ADDRESS:  1301 Avenue of the Americas, NY, NY 10019
                FIRM TELEPHONE NUMBER:  (212) 424-8177
                FIRM FAX NUMBER:  (212) 373-7618

NEW FIRM:       FIRM NAME:  Duke, Holzman, Photiadis & Gresens LLP
                FIRM ADDRESS:  701 Seneca St., Suite 750, Buffalo, NY 14210
                FIRM TELEPHONE NUMBER:  (716) 855-1111
                FIRM FAX NUMBER:  (716) 855-0327

        [✓]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        [ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
                was entered on _____ by Judge_____.

Dated:  12/1/15

ATTORNEY'S SIGNATURE