

Gregory P. Photiadis    Patricia Gillen            Anthony J. Colucci, Jr. +**
James W. Gresens        Charles C. Ritter, Jr.     *Special Counsel*
Peter G. Ruppar ++      Matthew J. Beck            Edwin P. Yaeger
Michael J. Lombardo +   Elizabeth A. Kraengel **   (1934 - 1992)
Howard E. Berger        Barbara B. Strzemski-Hasse Emanuel Duke
Dennis P. Cleary        John D. Celani *           (1916 - 1999)
Gary M. Kanaley *       Steven W. Klutkowski +++   * Also Admitted in FL
Robert L. Bencini                                  ** Also Admitted in MA
                                                   + Also Admitted in PA
                                                   ++ Also Admitted in TX
                                                   +++ Also Admitted in NJ

December 3, 2015

*Via Facsimile*
Chambers of Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Tel:  (212) 805-0224
Fax: (212) 805-7986

      Re:    Metropolitan Life Insurance Company v.
              Sicoli and Massaro Inc. Pension Trust, et al.
              Case No. 1:15-cv-07141

Dear Hon. Gardephe:

      The undersigned are attorneys for Plaintiff Metropolitan Life Insurance Company ("MetLife") and Defendant Sicoli and Massaro Inc. Pension Trust ("SMI"), respectively, in the above named action. This case is set for a pretrial conference on December 17, 2015 at 10:15 a.m. On October 5, 2015, Defendant filed a pre-motion letter declaring an intent to file a motion to dismiss or alternatively to transfer venue. Pursuant to this Court's rules for civil cases, a pre-motion conference is required.

      With the permission of this Court, counsel for Plaintiff and Defendant hereby agree to hold the required pre-motion conference at the scheduled calendar time on December 17, 2015 at 10:15 a.m., and to adjourn the pretrial conference pending the result of the pre-motion conference.

      Additionally, with the permission of this Court, counsel for Plaintiff agrees to permit counsel for Defendant to telephone into pre-motion conferences. Defendant's counsel—which is based in Buffalo, New York—requests this accommodation as a result of distance constraints.

701 Seneca Street, Suite 750  Buffalo, New York 14210     t 716.855.1111   f 716.855.0327 (NOT FOR SERVICE OF PAPERS)
www.dhpglaw.com

Chambers of Hon. Paul G. Gardephe
United States District Court
December 10, 2015
Page 2

     Please feel free to contact us if you have any questions or would like to discuss this matter further.

     Very truly yours,

| | |
|---|---|
| Michael H. Bernstein, Esq. | Steven W. Klutkowski, Esq. |
| *Attorneys for Plaintiff MetLife* | *Attorneys for Defendant SMI* |
| Sedgwick LLP | Duke Holzman Photiadis & Gresens |
| 225 Liberty Street, 28th Floor | 701 Seneca Street, Suite 750 |
| New York, New York 10281 | Buffalo, New York 14210 |
| (212) 422-0202 | (716) 855-1111 |
| michael.bernstein@sedgwicklaw.com | sklutkowski@dhpglaw.com |

SWK/rgg