

**DUKE HOLZMAN**
PHOTIADIS & GRESENS LLP

| | | |
|---|---|---|
| Gregory P. Photiadis | Charles C. Ritter, Jr. | Anthony J. Colucci, Jr. +* |
| James W. Gresens | Matthew J. Beck | *Special Counsel* |
| Peter G. Ruppar ++ | Elizabeth A. Kraengel ** | Richard A. Moore |
| Michael J. Lombardo + | Barbara B. Strzemski-Haase | *Of Counsel* |
| Howard E. Berger | John D. Celani * | Edwin P. Yaeger |
| Dennis P. Cleary | Steven W. Klutkowski +++ | (1934 - 1992) |
| Gary M. Kanaley * | Christopher M. Berloth | Emanuel Duke |
| Robert L. Bencini | Ryan G. Ganzenmuller | (1915 - 1999) |
| Patricia Gillen | | * Also Admitted in FL |
| | | ** Also Admitted in MA |
| | | + Also Admitted in PA |
| | | ++ Also Admitted in TX |
| | | +++ Also Admitted in NJ |

January 15, 2016

**Via Facsimile and First Class Mail**

Chambers of Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Tel: (212) 805-0224
Fax: (212) 805-7986

MEMO ENDORSED

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: *Jan. 20, 2016*

USDS SDNY
DOCUMENT
ELECTRONICALLY FIL
DOC #: _____
DATE FILED: 1/21/16

Re:   **Metropolitan Life Insurance Company v.
        Sicoli and Massaro Inc. Pension Trust, et al.
        Case No. 1:15-cv-07141**

Dear Hon. Gardephe:

The undersigned are attorneys for Plaintiff Metropolitan Life Insurance Company ("MetLife") and Defendant Sicoli and Massaro Inc. Pension Trust ("SMI"), respectively, in the above named action. A pretrial conference was held on December 17, 2015, at which time you directed the parties to explore settlement and report back by January 17, 2016, regarding whether a settlement could be accomplished. If a settlement could not be reached, you requested that the parties provide a briefing schedule for SMI's motion to dismiss or alternatively to transfer venue. You also indicated that an appropriate briefing schedule for SMI's motion would be two weeks for the motion and opposition papers, and one week for the reply papers.

Subsequent to the pretrial conference, counsel for the parties explored settlement during multiple telephone conferences. Unfortunately, although each party was willing to make concessions, the parties remain too far apart on the value of a reasonable settlement to reach an agreement.

Because the parties are unable to reach a reasonable settlement, the undersigned agree to the following briefing schedule for SMI's motion to dismiss or alternatively to transfer venue:

- SMI's motion and supporting papers must be uploaded by February 15, 2016;

701 Seneca Street, Suite 750  Buffalo, New York 14210   |   t 716.855.1111  f 716.855.0327 (NOT FOR SERVICE OF PAPERS)
                                                              www.dhpglaw.com

- MetLife's opposition to SMI's motion must be uploaded by March 15, 2016;

- SMI's reply in further support of its motion must be uploaded by March 22, 2016;

Please feel free to contact us if you have any questions or would like to discuss this matter further.

Very truly yours,


/s/Michael H. Bernstein                    /s/ Steven W. Klutkowski
Michael H. Bernstein, Esq.                 Steven W. Klutkowski, Esq.
*Attorneys for Plaintiff MetLife*          *Attorneys for Defendant SMI*
Sedgwick LLP                               Duke Holzman Photiadis & Gresens
225 Liberty Street, 28th Floor             701 Seneca Street, Suite 750
New York, New York 10281                   Buffalo, New York 14210
(212) 422-0202                             (716) 855-1111
michael.bernstein@sedgwicklaw.com          sklutkowski@dhpglaw.com


SWK